THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ISIDOR STERNBACH, Appellant.

*People* v. *Sternbach*, 161 App. Div. 928, appeal dismissed.
(Argued June 1, 1914; decided June 9, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1914, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of criminally receiving stolen property.

The motion was made upon the ground of failure to file the required return and to prosecute the appeal.

*Charles S. Whitman, District Attorney* (*Louis Fabricant* of counsel), for motion.

*Saul E. Rogers* opposed.

Motion granted and appeal dismissed.